

# Fourth Court of Appeals
## San Antonio, Texas

June 22, 2018

No. 04-18-00389-CV

**IN RE R.R.** and C.C.

Original Mandamus Proceeding[1]

**ORDER**

Sitting:      Marialyn Barnard, Justice
                Rebeca C. Martinez, Justice
                Luz Elena D. Chapa, Justice

On June 12, 2018, relators filed a petition for writ of mandamus. After considering the petition, this court concludes relators are not entitled to the relief sought. Accordingly, the petition for writ of mandamus is DENIED. *See* TEX. R. APP. P. 52.8(a). The relief requested in relators' "Informa Pauper's Affidavit Statement" is DENIED. The court's opinion will issue at a later date.

It is so **ORDERED** on June 22, 2018.

_____
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 22nd day of June, 2018.

_____
KEITH E. HOTTLE,
Clerk of Court

---

[1] This proceeding arises out of Cause No. 2018PA00816, pending in the 37th Judicial District Court, Bexar County, Texas, the Honorable Charles E. Montemayor presiding.